# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TRAVELERS PERSONAL INS. CO. | : | |
| --- | --- | --- |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | NO. 08-3138 |
| v. | : | |
| | : | |
| ESTATE OF SCOTT PARZYCH & | : | |
| JACQUELINE PARZYCH | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __2nd__ day of December 2009, upon consideration of Plaintiff Travelers Personal Ins. Co.'s ("Travelers") Motion for Summary Judgment (Doc. #22), Defendants Estate of Scott Parzych and Jacqueline Parzych's ("the Parzychs") Response (Doc. #24), and Travelers' Reply (Doc. #28); the Parzychs' Motion for Summary Judgment (Doc. #23), Travelers' Response (Doc. #27), and the Parzychs' Reply (Doc. #29), it is **ORDERED** that the Parzychs' Motion for Summary Judgment is **DENIED**, and Travelers' Motion for Summary Judgment is **GRANTED**. It is further **ORDERED** that declaratory judgment is entered in favor of Travelers and against the Parzychs as follows: Plaintiff is not obligated to provide insurance coverage to the Estate of Scott Parzych under the insurance policy held by Jacqueline Parzych.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2009\L - Z\Travelers v Parzych, Order granting SJ.wpd